In the Matter of the Claim of CHARLES G. MONROE, Respondent, against LAWRENCE LARSON and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.